Case: 3:21-cv-00621-JJH Doc #: 23 Filed: 08/11/23 1 of 1. PageID #: 427

FILED
AUG 11 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

U.S. District Court Northern District Of Ohio Western Division

Ohio Sixth Circuit Court Of Appeals

Keith Mustin
　　Plaintiff

v.

Warden Lyneal Wainright, et.al
　　Defendants

Case No. 3:21-cv-321

## Notice Of Appeal

Notice is hereby given that Keith Mustin, plaintiff in the above-entitled matter appeals to United States Court Of Appeals for the Sixth Circuit from the final judgment in this action on 7/24/2023 judgment.

8/9/2023
Keith Mustin 505-112
Grafton Correctional Institution
2500 South-Avon Belden Road
Grafton, Ohio 44044